UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI, ET AL. ) | Case No.: C 11-1108 PSG |
| ) | |
| Plaintiffs, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| WILHITE ELECTRIC, INC., ) | **(Re: Docket No. 7)** |
| ) | |
| Defendant. ) | |
| ) | |

The court has been informed that the above-entitled action has settled.  Accordingly, the court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by August 30, 2011.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on September 6, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 2, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-1108
ORDER